1

PERALTA GOLD MINES CO., Appellant, v. BONANZA DEVEL. CO. (Circuit Court of Appeals, Eighth Circuit. September 17, 1925.) No. 7175. Appeal from the District Court of the United States for the District of New Mexico. O. N. Marron and F. E. Wood, both of Albuquerque, N. M., for appellant. Merritt C. Mechem, of Albuquerque, N. M., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellant and consent of appellee.

2

PORTO RICO FERTILIZER COMPANY, Plaintiff, Appellant, v. Pedro GANDIA, Defendant, Appellee. (Circuit Court of Appeals, First Circuit. October 23, 1925.) No. 1876. Appeal from the Supreme Court of Porto Rico. Cayetano Coll y Cuchi, of San Juan, Porto Rico, for appellant. Jose A. Poventud, of New York City, for appellee. Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The judgment of the Supreme Court of Porto Rico, March 19, 1925, conforms to the mandate of this court of February 14, 1925, and the order is: Judgment affirmed, with costs to the appellee. See, also, 2 F.(2d) 641.

3

Abe ROGOWSKY v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 4, 1925.) No. 4264. In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge. J. S. Luscher of Louisville, for plaintiff in error. W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Judgment of the District Court affirmed. Mandate to issue forthwith.

4

J. F. ROMINE, Appellant, v. B. L. HOFFMAN et al. (Circuit Court of Appeals, Eighth Circuit. May 4, 1925.) No. 6979. Appeal from the District Court of the United States for the Southern District of Iowa. S. W. Livingston, of Washington, Iowa, and James W. Bollinger, of Davenport, Iowa, for appellant. Spencer F. Harris, of Kansas City, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

5

Patrick J. SCANLON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 1, 1925.) No. 4251. In Error to the District Court of the United States for the North-

ern District of Ohio; John M. Killits, Judge. Edmund H. Moore, of Cleveland, Ohio, for plaintiff in error. A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

6

Edward M. SHELDON, John C. Crary, Alexander P. Crary, Sally T. Doyen, Wm. G. Crary, Thaddeas Stevens, Clayton A. McNaughton, Helen Cruikshank, Marian Lewis, Mrs. John Sullivan, Raymond J. Cruikshank, Robert Cruikshank, and Mary D. Crary, Plaintiffs in Error, v. M. M. CALDWELL, Defendant in Error. Circuit Court of Appeals, Fourth Circuit. August 19, 1925.) No. 2417. In Error to the District Court of the United States for the Western District of Virginia, at Lynchburg. Edmunds & Hamner, of Lynchburg, Va., and Edward C. Martz, of Harrisonburg, Va., for plaintiffs in error. Caldwell & Chaney, of Roanoke, Va., for defendant in error.

PER CURIAM. Case dismissed, without costs to either party, under rule 20, in accordance with agreement of attorneys.

7

Jeff SHELTON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1925.) No. 4405. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. D. B. Sweeney, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order dismissing cause on court's own motion.

8

Joseph SIMON et al., Petitioners. Appellants, v. William J. KEVILLE, U. S. Marshal, Respondent, Appellee. (Circuit Court of Appeals, First Circuit. October 20, 1925.) No. 1865. Appeal from the District Court of the United States for the District of Massachusetts. Leo A. Rogers, of Boston, Mass. (Daniel A. Shea, of Boston, Mass., on the brief), for petitioners David and Jennie Shaddock. David Stoneman, of Boston, Mass., for petitioner Joseph Simon. George R. Farnum, of Boston, Mass. (Harold P. Williams, of Boston, Mass., on the brief), for appellee. Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. This is an appeal in a habeas corpus proceeding from a decree of the District Court affirming an order of a United States commissioner finding probable cause for the removal of the appellants to the Northern District of Illinois to answer to an indictment for conspiracy. In the District Court Judge Brewster, in an opinion delivered March 13, 1924 (4 F.[2d] 575), carefully considered the questions presented, and, after due consideration, we are of the opinion that the conclusion reached and the reasons therefor are correct. The decree of the District Court is affirmed.